**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HOWARD COHAN,

Plaintiff,

v.

STERLING RESTAURANTS, LLC,
a Foreign Limited Liability Company,
d/b/a MOE'S SOUTHWEST GRILL
#36,

Defendant.

Case No. 6:22-cv-01900-RBD-EJK

**JOINT NOTICE OF SETTLEMENT AND**
**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Howard Cohan ("Plaintiff") and Defendant, Sterling Restaurants, LLC d/b/a Moe's Southwest Grill #36 ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties"), having entered into a Confidential Settlement Agreement and Release ("Agreement") that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice. Attorneys' fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement.

Jointly submitted this 23rd day of January, 2023.

**Sconzo Law Office, P.A.**
*Counsel for Plaintiff*
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, Florida 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459

By: *__/s/ Gregory S. Sconzo______*
Gregory S. Sconzo, FBN 0105553
Greg@sconzolawoffice.com

**GrayRobinson, P.A.**
*Counsel for Defendant*
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

By: */s/ Anastasia Protopapadakis_______*
Anastasia Protopapadakis, FBN 51426
Anastasia.Protopapadakis@Gray-Robinson.com